# First District Court of Appeal
## State of Florida

_____

No. 1D17-3592
_____

Nathaniel Raheem Chapman,

Appellant,

v.

State of Florida,

Appellee.

_____

On appeal from the Circuit Court for Duval County.
Steven B. Whittington, Judge.

October 23, 2018

Per Curiam.

Affirmed.

Roberts, Makar, and Bilbrey, JJ., concur.

_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Andy Thomas, Public Defender, and Steven L. Seliger, Assistant Public Defender, Tallahassee, for Appellant.

Pamela Jo Bondi, Attorney General, Tallahassee, for Appellee.